# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CERTAIN REAL PROPERTY commonly known as 14035 WEST SUN VALLEY DRIVE, NEW BERLIN, WISCONSIN,<br><br>　　　　　　Defendant. | Case No. 17-CV-1134-JPS<br><br>**ORDER** |

　　　　On October 11, 2018, Plaintiff filed a motion to voluntarily dismiss this action for forfeiture *in rem* with prejudice. (Docket #13). In light of the representations in the motion, including consent to the motion from the claimant Robert Zehren, the Court will grant the motion. Fed. R. Civ. P. 41(a)(2).

　　　　Accordingly,

　　　　**IT IS ORDERED** that Plaintiff's motion to dismiss (Docket #13) be and the same is hereby **GRANTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

　　　　The Clerk of the Court is directed to enter judgment accordingly.

　　　　Dated at Milwaukee, Wisconsin, this 17th day of October, 2018.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　J. P. Stadtmueller
　　　　　　　　　　　　　　　　U.S. District Judge